UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR24-110-JHC |
| Plaintiff, | |
| v. | ORDER TO EXTEND PRETRIAL MOTIONS DEADLINE |
| JAMES H. NEWCOMER, | |
| Defendant. | |

THE COURT has considered the unopposed motion to extend the pretrial motions deadline, Dkt. # 24, along with the records in this case.

IT IS ORDERED that the due date for pretrial motions is extended from July 18, 2025, to July 31, 2025.

DONE this 17th day of July, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER TO EXTEND
PRETRIAL MOTIONS DEADLINE
(*United States v. Newcomer*, CR24-110-JHC) - 1